UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DONALD RAY MORGAN                                                                              PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 1:07CV1121-RHW
                                          Consolidated with CIVIL ACTION NO. 1:07CV1122-RHW

WARDEN DONALD CABANA et al                                                              DEFENDANTS

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a)(1), and consistent with the Court's memorandum opinion and order granting Defendants' Motions for Summary Judgment, the Court enters this separate judgment dismissing Plaintiff's complaint.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's lawsuit is hereby dismissed with prejudice.

SO ORDERED, this the 20th day of April, 2009.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE